FILED ___ ENTERED
LODGED ___ RECEIVED

DEC  7  2000

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

A. CLAYTON TRAPP III, and THERSA A. TRAPP,

               Plaintiffs,

      v.

MARCIE DOUGLAS BUMGARNER, et al.,

               Defendants.

CASE NO. C00-1912L

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS

     Plaintiffs Clayton and Theresa Trapp, husband and wife, have submitted documents to the court by which they seek to file a complaint pro se and in forma pauperis (IFP). The application for IFP status states that they are both employed and have a combined gross monthly income of approximately $1132. They have received $13,000 from previous employment and settlement of a lawsuit within the past twelve months. This level of income renders them ineligible for IFP status, which must be reserved for the truly indigent.

     Plaintiff's application to proceed in forma pauperis in this matter is therefore DENIED. The Clerk shall file the complaint only upon receipt of the usual filing fee.

     DATED this 7ᵗ day of December 2000.

                       ROBERT S. LASNIK
                       United States District Judge

ORDER - 1

1

2    Recommended for Entry this

3    _____5_____ day of _____Dec._____, 2000.

4

5    

     RICARDO S. MARTINEZ
6    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    ORDER - 1